104 So.2d 488

■

**NATIONAL SECURITY INS. CO. OF ELBA, Ala.,**

v.

**Ida Mae TELLIS.**

**6 Div. 314.**

Supreme Court of Alabama.

July 24, 1958.

Parsons, Wheeler & Rose, Birmingham, for petitioner.

Victor Gold and Jas. C. Baldone, Birmingham, opposed.

GOODWYN, Justice.

Petition of National Security Insurance Company of Elba, Ala., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in National Security Ins. Co. v. Tellis, 104 So.2d 483.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

101 So.2d 336

■

**S. W. (Pat) PATRICK**

v.

**STATE.**

**7 Div. 358.**

Supreme Court of Alabama.

March 7, 1957.

Rehearing Denied March 20, 1958.

Dean, Hamilton & King, Montgomery, for petitioner.

John Patterson, Atty. Gen., and Geo. Young, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of S. W. (Pat) Patrick for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Patrick v. State, 101 So.2d 336.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.